UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:09-CIV-2618-T-33AEP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

YACHT STARSHIP DINING CRUISES, L.L.C. a Louisiana limited liability company, d/b/a YACHT STARSHIP DINING CRUISES, d/b/a YACHT STARSHIP,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, KENDRICK E. DULDULAO and Defendant YACHT STARSHIP DINING CRUISES, LLC, d/b/a YACHT STARSHIP DINING CRUISES, d/b/a YACHT STARSHIP, by and through their undersigned respective counsel, hereby notify the Court that settlement has been reached in the above styled case. A settlement agreement shall be finalized, and a Stipulation of Dismissal With Prejudice shall be filed with the Court shortly thereafter.

Respectfully submitted,

| By: s/ B. Bradley Weitz ___ | By: s/ Donna M. Griffin_ __ |
|---|---|
| B. Bradley Weitz, Esq. | Donna M. Griffin, Esq. |
| Florida Bar No. 479365 | Florida Bar No. 886335 |
| THE WEITZ LAW FIRM, P.A. | SUAREZ GRIFFIN, PL |
| Attorney for Plaintiff | 14115 Stilton Street |
| Bank of America Building | Tampa, Florida 33626 |
| 18305 Biscayne Blvd., Suite 214 | Telephone: (813) 433-9003 |
| Aventura, Florida 33160 | Facsimile: (813) 287-5757 |
| Telephone: (305) 949-7777 | Attorney for Defendant |
| Facsimile: (305) 704-3877 | |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:09-CIV-2618-T-33AEP

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

YACHT STARSHIP DINING CRUISES, L.L.C. a Louisiana limited liability company, d/b/a YACHT STARSHIP DINING CRUISES, d/b/a YACHT STARSHIP,

    Defendant.
_____/

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on April 19, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877

2

## SERVICE LIST

Kendrick E. Duldulao v. Yacht Starship Dining Cruises, LLC,
CASE NO.: 8:09-CIV-2618-T-33AEP
United States District Court, Middle District Of Florida


**Donna Maria Griffin, Esq.**
Suarez-Griffin, PL
14115 Stilton Street
Tampa, Florida 33626
Telephone:  813-433-9003
Facsimile:   813-287-5757
Email:  donna@suarezgriffin.com
Attorney for Defendant
**ELECTRONIC NOTICE**

**Steven E. Bers, Esq.**
Whiteford Taylor & Preston, LLP
Suite 1500, 7 St. Paul Street
Baltimore, Maryland 21202-1626
Telephone:  410-347-8724
Facsimile:   410-223-3724
Email:  sbers@wtplaw.com
*Pro hac vice* for Defendant
**ELECTRONIC NOTICE**